# Order

Michigan Supreme Court
Lansing, Michigan

August 5, 2014

Robert P. Young, Jr.,
Chief Justice

149178 & (84)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re RICHARD T. GORDON REVOCABLE
TRUST AGREEMENT.

_____

HUNTINGTON BANK, JUSTIN A. GORDON,
KATHLEEN L. BEATTY-GORDON, LAUREEN
M. GORDON, KELSEY A. GORDON, and
J. RUSSELL LABARGE, JR.,
   Appellees,

v

MICHAEL G. GORDON,
   Appellant.

_____/

SC: 149178
COA: 312884
Macomb PC: 2012-205162-TV

   On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2014

